UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BITRO GROUP INC., :
                       Plaintiff, :
: 21 Civ. 6144 (LGS)
         -against- :
: ORDER
ASP HOLDINGS, INC., :
                    Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 3, 2021, Defendant filed a pre-motion letter seeking permission to move to dismiss or transfer the case to the District of Minnesota. (Dkt. No. 14.)

      WHEREAS, on September 14 2021, Plaintiff filed a letter response stating that "[P]laintiff consents to transfer of the action to the District of Minnesota." (Dkt. No. 16). It is hereby

      **ORDERED** that this case is transferred to the United States District Court for the District of Minnesota. The Clerk of Court is directed to close this matter and transfer the case to the District of Minnesota.

Dated: September 17, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE